**Order entered July 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---
### No. 05-13-01473-CV
---

**ROBERT WYATT, Appellant**

**V.**

**CYNTHIA BEAN, Appellee**

**and**

---
### No. 05-14-00267-CV
---

**ROBERT WYATT, Appellant**

**V.**

**IRVING INDEPENDENT SCHOOL DISTRICT, Appellee**

---

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-00558**

---

## ORDER

Pursuant to Texas Rule of Appellate Procedure 7.1(a), James L. Schutza, acting as a Friend of the Court, has filed a "Suggestion of Death," advising us that appellant has passed away. *See* TEX. R. APP. P. 7.1(a). Although the appeal may continue, because appellant represented himself, someone must appear on his behalf. *See id.*; *Casillas v. Cano*, 79 S.W.3d

587, 590 (Tex. App.-–Corpus Christi 2002, order). The executor or administrator of appellant's estate or an attorney with authority to proceed may appear. *See* TEX. R. CIV. P. 151. Alternatively, an heir may appear on appellant's behalf by filing written verification that (1) s/he is appellant's heir; (2) no administration of appellant's estate is planned or pending; (3) no personal representative has been appointed to the estate; and (4) no administration of the estate in probate court is necessary or desired by those interested in the estate. *See Casillas*, 79 S.W.3d at 590. To minimize delay in the submission of these appeals, we **ORDER** any appearance entered in accordance with this order be filed within thirty days of the date of this order. If no appearance is timely made, the appeal may be dismissed without further notice.

We **DIRECT** the Clerk of the Court to send a copy of this order to (1) appellant's address of record; (2) Mr. Schutza at 7920 Beltline Rd., Suite 650, Dallas, Texas 75254-8115; and (3) counsel for appellees.

/s/ ELIZABETH LANG-MIERS
JUSTICE